UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED PROPERO ZIALCITA,<br><br>   Plaintiff,<br><br>vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>   Defendant. | Case No. 1:20-cv-00053-SAB<br><br>ORDER RE STIPULATION FOR EXTENSION OF TIME TO SERVE LETTER BRIEF<br><br>(ECF No. 11) |

On June 26, 2020, a stipulation was filed for a one day extension of time for Plaintiff to serve her letter brief on the Commissioner. Plaintiff's letter brief was due on June 25, 2020, and was completed on that date, but due to technical difficulties Plaintiff was unable to serve the brief until June 26, 2020. The Court finds that good cause exists to grant the extension of time nunc pro tunc.

Accordingly, IT IS HEREBY ORDERED that the time for Plaintiff's letter brief to be served is extended nunc pro tunc to June 26, 2020 and all future dates are amended accordingly.

IT IS SO ORDERED.

Dated:  **June 26, 2020**

_____
UNITED STATES MAGISTRATE JUDGE

1