# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILDRED PROPERO ZIALCITA,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | Case No.  1:20-cv-00053-SAB<br><br>ORDER REQUIRING COMMISSIONER OF SOCIAL SECURITY TO FILE A COPY OF THE ADMINISTRATIVE RECORD THAT COMPLIES WITH THE SCHEDULING ORDER<br><br>FIFTEEN DAY DEADLINE |

Mildred Propero Zialcita ("Plaintiff") filed this action seeking judicial review of a final decision of the Commissioner of Social Security ("Commissioner" or "Defendant") denying an application for disability benefits pursuant to the Social Security Act.  On January 14, 2020, the scheduling order was filed in this action.  (ECF No. 5.)  Pursuant to the scheduling order, the Defendant was to file the administrative record within one hundred and twenty days of service of the complaint.  (Id. at 2.)  Further, the scheduling order provided, "**The administrative record shall only be filed electronically and, to the extent practicable, provided in Optical Character Recognition ("OCR") format.**")  (Id. (emphasis in original).)  The administrative record was filed in this action on May 26, 2020, but the Court notes that it is not filed in OCR format.[1]  (ECF No. 10.)

---

[1] The Court has recently noticed in several other cases that the records were not filed in OCR format, but the cases have been or will addressed without requiring the defendant to file the administrative record in OCR format.  See

1

The Court shall require the Commissioner to file a copy of the administrative record in OCR format in this action and to verify that the transcript in all Social Security actions pending before the undersigned have been filed in OCR format.

Accordingly, IT IS HEREBY ORDERED that within **fifteen (15) days** from the date of service of this order, the Commissioner shall file a copy of the administrative record in OCR format in this action.

IT IS SO ORDERED.

Dated:   **October 2, 2020**

UNITED STATES MAGISTRATE JUDGE

---

Ramirez v. Commissioner of Social Security, No. 1:19-cv-01323-SAB (ECF No. 10); and Gonzalez v. Commissioner of Social Security, No. 1:19-cv-01128-SAB (ECF No. 10).